Sullivan, et al., Appellants, *v.* Western Pennsylvania Water Company, et al.

Ramsey, et al., Appellant, *v.* Western Pennsylvania Water Company, et al.

Burford, et al., Appellants, *v.* Western Pennsylvania Water Company, et al.

Before SILVESTRI, J.

 Argued November 19, 1975. *Jerome M. Libenson,* with him *Mark F. Geary, Kenneth Miller,* and *Baskin, Boreman, Wilner, Sachs, Gondelman & Craig,* for appellants; *George Shorall,* Assistant City Solicitor, with him *Mead J. Mulvihill, Jr.,* City Solicitor, for appellee.

Order in each appeal affirmed.